IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER ROBERTSON, ) | |
| ) | |
| Petitioner, ) | NO. 3:06-1155 |
| ) | JUDGE HAYNES |
| v. ) | |
| ) | |
| WAYNE BRANDON, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Petitioner's petition to set aside his conviction is **DENIED**. Pursuant to 28 U.S.C. § 2253(c), the Court **GRANTS** a Certificate of Appealability, but only on his ineffective assistance of counsel claims.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 10th day of February, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge